UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL JACOB,
    Plaintiff,

v.                                              CIVIL ACTION NO.
                                                  20-12009-MBB

DET. GUY, BPD/Boston Police Dept. C-11,
    Defendant.

## ORDER

### April 1, 2022

**BOWLER, M.J.**

      Michael Jacob, a resident of Randolph, Massachusetts, initiated this action on November 9, 2020, by filing a *pro se* complaint against a Boston police officer. (Docket Entry # 1). With his complaint, he filed a motion for leave to proceed *in forma pauperis*. (Docket Entry # 2). The court granted plaintiff leave to proceed *in forma pauperis* and directed the Clerk to issue a summons for service of the complaint. (Docket Entry # 4). Plaintiff elected to have the United States Marshals Service ("USMS") complete service and process receipt and return were filed on August 18, 2021. (Docket Entry # 7). The USMS process receipt and return seem to indicate that a Boston police officer was served on February 18, 2021, however, the name and title of the individual served is illegible. (Docket Entry # 7).

      Rule 4(m) of the Federal Rules of Civil Procedure provides, if the plaintiff shows good cause for the failure [to effect proper service in a timely manner], the court must extend the time for service for an appropriate period." Good cause may be found when the plaintiff's failure to complete proper service in a timely fashion is "a result of a third person, typically the process server" or "the plaintiff is proceeding pro se or in forma pauperis." *McIsaac v. Ford*, 193 F.

Supp. 2d 382, 383 (D. Mass. 2002).  The fact that a plaintiff is *pro se*, however, "is not automatically enough to constitute good cause for purposes of Rule 4(m)." *Id.*

Here, there is good cause to allow plaintiff an extension of time to properly effect service on the defendant.  Through no fault of plaintiff, it is impossible to identify the name and title of the individual served, and also impossible to decipher the signature of the U.S. Marshal or Deputy.  (Docket Entry #7).

Accordingly:

1.  Having found good cause to extend the time to provide proper service of process, the Clerk shall reissue a summons and the plaintiff shall serve the summons, complaint, and this Order in accordance with Rule 4 of the Federal Rules of Civil Procedure.  The Court grants plaintiff until June 17, 2022, to provide proper service to defendant Det. Guy.

2.  Because the plaintiff is proceeding *in forma pauperis*, he may elect again to have the USMS complete service with all costs of service to be advanced by the United States.  If so asked by the plaintiff, the USMS shall serve copies of the summons, complaint, and this Order upon the named defendant as directed by plaintiff.  The plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served.  The Clerk shall provide the plaintiff with forms and instructions for service by the USMS.

3.  The plaintiff shall have until June 17, 2022, to complete service.

SO ORDERED.

   /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge